**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE MONTES,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>OFFICER DURAN, #673; OFFICER RANEER, #664; CITY OF EL MONTE; and, DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00468-MCS-RAO<br><br>**FINAL JUDGMENT** |

　　　Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, and by reason of the Court's orders in this action and the jury's special verdict, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

　　　Judgment is entered in favor of Plaintiff Lee Montes and against Defendant Officer Duran. Plaintiff Lee Montes shall recover from Defendant Officer Duran $235,000.00 in compensatory damages, $1,000,000.00 in punitive damages, $204,144.00 in attorney's fees, and $3,860.50 in out-of-pocket litigation expenses, totaling $1,443,004.50.

///

1

Defendants Officer Raneer and City of El Monte are dismissed from this action with prejudice.

**IT IS SO ORDERED.**

Dated: August 12, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE