# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Central District of California

U.S. District Court case number: 2:20-cv-00468-MCS-RAO

Date case was first filed in U.S. District Court: January 16, 2020

Date of judgment or order you are appealing: August 12, 2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Officer Clayton Duran

Is this a cross-appeal?  ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

Edward B. Kang, Olivarez Madruga Lemieux O'Neill, LLP

500 South Grand Avenue, 12th Floor

City: Los Angeles     State: CA     Zip Code: 90071

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Edward Kang     Date August 12, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                                      Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Officer Clayton Duran

Name(s) of counsel (if any):
Thomas M. Madruga (SBN 160421)
Edward B. Kang (SBN 237751)

Address: 500 South Grand Ave., 12th Floor, Los Angeles, CA 90071
Telephone number(s): 213.744.0099
Email(s): tmadruga@omlolaw.com; ekang@omlolaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Lee Montes

Name(s) of counsel (if any):
Kevin S. Conlogue (SBN 285277)

Address: 292 S. La Cienega Blvd., Ste. 207, Beverly Hills, CA 90211
Telephone number(s): (213) 255-8837
Email(s): kevin@LOKSC.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                     1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*